IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JOHN F. CURRAN, III | : | CIVIL ACTION NO. 1:12-cv-749 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| M&T BANK CORPORATION, et al. | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a December 3, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, this 13th day of January 2014, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation of Magistrate Judge Schwab.

1) Plaintiff Curran's amended complaint (Doc. No. 3) is DISMISSED with prejudice;

2) Defendant M&T's motion to dismiss (Doc. No. 13) is GRANTED;

3) Defendant the Law Firm's, Gates', and Shafik's motion to dismiss (Doc. No. 17) is GRANTED;

4) Defendant the Law Firm's Gates', and Shafik's motion for sanctions (Doc. No. 20) is DENIED; and

5) Plaintiff Curran's motion to strike (or alternatively construed as his sur-reply) (Doc. No. 27) is STRICKEN from the record.

**IT IS FURTHER ORDERED THAT** the Clerk of Court shall close the case.

*s/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania
